Dennis M. Cusack (State Bar No. 124988)
dcusack@fbm.com
Nathan P. Anderson (State Bar No. 312628)
nanderson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff POLAR-MOHR
MASCHINENVERTRIEBSGESELLSCHAFT
GMBH & CO. KG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLAR-MOHR MASCHINENVERTRIEBSGESELLSCHAFT GMBH & CO. KG,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No. 17-cv-01804-WHO<br><br>**STIPULATION AND ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

Plaintiff Polar-Mohr Maschinenvertriebsgesellschaft GMBH & Co. KG, and Defendant Zurich American Insurance Company, by and through their counsel, state as follows:

WHEREAS, by Order dated April 7, 2017 (Doc. # 12), this Court set the initial Case Management Conference for June 27, 2017 at 2 p.m.; and

WHEREAS, lead counsel for Plaintiff has planned a vacation out of town on that date and requested that counsel for Defendant agree to move the date of the Case Management Conference;

NOW THEREFORE, the Parties stipulate and agree to continue the Case Management Conference to July 11, 2017 at 2 p.m., or as soon thereafter as the Court's calendar allows. The deadlines to meet and confer and file the Stipulation and Order Selecting ADR Process (June 6,

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

34207\5919693.1

COMPLAINT FOR BREACH OF CONTRACT AND BAD FAITH

2017) and to make Initial Disclosures and submit a Joint Case Management Statement (June 20, 2017), shall remain unchanged.

Dated: April 12, 2017          FARELLA BRAUN + MARTEL LLP

By:     /s/ Dennis M. Cusack
       Dennis M. Cusack

Attorneys for Plaintiff POLAR-MOHR MASCHINENVERTRIEBSGESELLSCHAFT GMBH & CO. KG

Dated: April 12, 2017          SINNOTT, PUEBLA, CAMPAGNE & CURET APLC

By:     /s/ Randy M. Marmor
       Randy M. Marmor

Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

_____
William H. Orrick
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

2

34207\5919693.1

COMPLAINT FOR BREACH OF CONTRACT AND BAD FAITH