UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLAR-MOHR MASCHINENVERTRIEBSGESELLSCHAFT GMBH, CO. KG,, <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 17-cv-01804-WHO <br><br> **ORDER OF DISMISSAL UPON SETTLEMENT** <br><br> Re: Dkt. No. 66 |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within thirty (30) days from the date below, that settlement has not in fact occurred, this order shall be vacated, and this case shall be restored to the calendar for further proceedings.

The parties also stipulated to vacate the Order Regarding Cross-Motions for Summary Judgment, Dkt. No. 60. The parties lack the authority to agree to vacate court orders, it is not my practice to vacate orders as part of a settlement, and I will not vacate the one in question.

**IT IS SO ORDERED.**

Dated: May 11, 2018

William H. Orrick
United States District Judge